## STATEMENT OF FACTS

On or about November 9, 2019, at approximately 0904 hours near 3509 Wheeler Road, S.E., Washington, D.C., Metropolitan Police Department Officers Melvin Cruz and David Lester were in separate squad cars on patrol. At about this time, the dispatcher voice a lookout on the raid for a man with a gun, describing him as black male, wearing a dark color hat, a black shirt with white in the middle, and dark colored pants, and also indicated that he was located in the parking lot of 3509 Wheeler Road, S.E., Washington, D.C. The dispatcher also indicated that this was the same location where a robbery holdup alarm had recently been activated.

Officer Cruz arrived at the parking lot of 3509 Wheeler Road, and observed the defendant, subsequently known as Russell Rowe, in the parking lot. The defendant substantially met the description provided by dispatch. As Officer Cruz exited his marked scout car, the defendant approached him and said words to the effect of, "If you guys getting a disturbance, it's probably me today, because I'm not letting this shit go on no more." Officer Cruz observed a bulge in his hoodie pocket, and became concerned that the bulge was a weapon. As the defendant continued talking, saying things that included how he wanted to put a stop to what was happening in the neighborhood, Officer Cruz asked the defendant what he had in his pocket, and the defendant responded, "nothing." Officer Cruz asked the defendant if he minded showing the officer, and the defendant responded, "Come on, bro, why?" and Officer Cruz explained that he did not know what was in the defendant's pocket, and that there was a call officers had gotten, and noted the way the defendant was talking. The defendant indicated he was not making a threat, and continued talking, indicating he had been to "the store." Officer Lester said, "Just show us what's in your pocket." Officer Cruz asked, "What's in your pocket, man?" At that point, the defendant placed his hands behind his back and said, "All right, go ahead," and "go ahead, bro," which Officer Cruz understand as his consent to a pat down. As Officer Cruz began a pat down, indicating "We just want to make sure, man," the defendant stated, "I got a gun on me."

The defendant was then placed in handcuffs. The defendant did not indicate that he had a concealed carry permit, nor make any remarks about firearm registration. The defendant said words to the effect of, "I just f***ed up." The defendant also said he came out in the morning expecting that this might happen, and that's how "f***ed up" he was. Officer Cruz retrieved a handgun from the defendant's front hoodie pocket where bulge had been observed. The gun was not holstered, and the defendant was not wearing any holster. The defendant continued talking, saying a number of things, including "Sorry, you all," and that it was crazy because he had gone out to make a statement against people doing "this sh*t"" and he was being arrested.

The handgun was subsequently identified as a .9mm Beretta semi-automatic handgun, which was loaded with one round of .9mm ammunition in the chamber, and two rounds in the magazine. To the best of this officer's knowledge, there are no gun manufacturers in the District of Columbia that would manufacture a Beretta .9mm handgun or .9mm ammunition.

To the best of the undersigned officer's knowledge, defendant Russell Rowe, knows that he has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in Virginia Criminal Case No.CR15003041, Prince William County, VA.  Printouts indicate that he received a sentence of 3 years of incarceration in April 2016 in that case, with all but 2 ½ years suspended.

OFFICER MELVIN CRUZ, CAD # 10774
METROPOLITAN POLICE DEPARTMENT

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 11th day of November, 2019.

G. Michael Harvey
U.S. MAGISTRATE JUDGE